**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:11-CV-143-GCM**

| | | |
|---|---|---|
| MICHAEL GREENE, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on Petitioner's Motion for Reconsideration (Doc.

No. 5) of the Court's prior Order on Petitioner's Motion to Vacate.

**I.      DISCUSSION**

On March 24, 2011, Petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence

pursuant to 28 U.S.C. § 2255.  On September 9, 2011, this Court entered an Order dismissing

Petitioner's motion without prejudice because Petitioner's criminal appeal to the Fourth Circuit

Court of Appeals is still pending.  On September 19, 2011, Petitioner filed a motion for

consideration, in which he asks the court to reconsider its prior Order dismissing without

prejudice his Motion to Vacate.

The Court will deny Petitioner's motion for reconsideration.  As the court noted in its

prior Order, absent extraordinary circumstances, this Court should not consider Petitioner's

motion while review of his criminal case is pending on direct appeal.  See Rules Governing

Section 2255 Proceedings, Rule 5 (advisory committee note, stating that courts have held that

motions to vacate are "inappropriate if the movant is simultaneously appealing the decision").

As the Court noted in its prior Order, Petitioner has simply not alleged any extraordinary circumstances warranting immediate review of his Motion to Vacate.

**II.    CONCLUSION**

**IT IS, THEREFORE, ORDERED** that:

(1) Petitioner's Motion for Reconsideration of the Court's prior Order on Petitioner's Motion to Vacate (Doc. No. 5) is **DENIED**.

Signed: January 30, 2012

Graham C. Mullen
United States District Judge